UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL BOON RHEA, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:05CV189 (VLB) |
| ALFRED UHRY, | : |
| Defendant. | : |

## ORDER

Pending before the court is the defendant's Motion to Preclude Expert Testimony (doc. #162). Although the plaintiff's expert witness disclosure does not comply with the requirements of Fed. R. Civ. P. 26(a)(2), in light of the entire record, the plaintiff may have additional time to comply. The plaintiff is therefore ordered to produce the complete, signed expert report of Mr. Payne, fully complying with the requirements of Fed. R. Civ. P. 26(a)(2), on or before October 31, 2007. The defendant may depose Mr. Payne on or before November 30, 2007.

The motion to preclude is denied. Insofar as the defendant seeks to preclude Mr. Payne's testimony based on his qualifications and the substance of his opinions, that motion is denied without prejudice to refiling at the time of trial.

SO ORDERED at Hartford, Connecticut this 12th day of October, 2007.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge